LAW OFFICES OF
**LAVELLE & MENECHINO, LLP**
**Attorneys and Counselors at Law**

<u>**WILLIAM T. LAVELLE**</u>　　　　　57 EAST MAIN STREET　　　　　<u>**ALICIA M. MENECHINO**</u>
Also admitted in California　　　PATCHOGUE, NEW YORK 11772　　　Extension 15

(631) 475-0001
FAX (631) 447-7150

April 9, 2012

*via ECF and regular mail*

Honorable Magistrate Boyle
100 Federal Plaza
P.O. Box 9014
Central Islip, New York  11722-9014

      Re:　Flanagan et al. v. Hi-Tech Floors, Inc. et al.
            CV 11-2678(ADS)(ETB)

Dear Honorable Magistrate Boyle:

    This firm represents the above-named Plaintiffs.

    This letter is submitted in relation to your Order dated February 14, 2012 scheduling an Inquest on April 12, 2012.

    As per my voice-message to the court on April 6, 2012, be advised that the Plaintiffs intend to rely upon the affidavits and supporting papers in relation to the motion for default for inquest purposes.  In addition, a witness from the Plaintiffs' offices will be present to submit testimony in relation thereto.

    Kindly advise if the court would like a courtesy copy of said papers on the date of inquest.

                                          Respectfully yours,

                                          /s/
                                          Alicia M. Menechino

cc:  Hi-Tech Floors, Inc.