BEFORE: E. THOMAS BOYLE, U.S.M.J.

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ APR 12 2014 ★

LONG ISLAND OFFICE

DATE: April 12, 2012       TIME: 2:30 P.M.

CASE #: 11-CV-2678 (ADS)

CASE NAME: Stephen Flanagan v. Hi-Tech Floors, INC.

CIVIL CAUSE FOR Damages Inquest

APPEARANCES:  Plaintiff: Alicia M. Menechino

Defendant: _____

COURT REPORTER/ESR    FTR= 3:05 - 3:29

__✓__ CASE CALLED

_____ ALL COUNSEL PRESENT

_____ TRAIL RESUMES

Direct | witness | sworn | Frank Chimento | testifies
Supplemental papers to be filed
Decision Reserved